Same case below, 420 Fed. Appx. 275.

**No. 10-10846. Christopher J. Hightower, Petitioner v. Bradley L. Coleman, et al.**

565 U.S. 852, 132 S. Ct. 179, 181 L. Ed. 2d 90, 2011 U.S. LEXIS 6313.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Fifth District, denied.

Same case below, 401 Ill. App. 3d 1158, 371 Ill. Dec. 296, 989 N.E.2d 1224.

**No. 10-10847. Charmeen Jabar Gray, Petitioner v. Harold W. Clarke, Director, Virginia Department of Corrections.**

565 U.S. 852, 132 S. Ct. 180, 181 L. Ed. 2d 90, 2011 U.S. LEXIS 6432.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 408 Fed. Appx. 667.

**No. 10-10848. Hayze Halstied, Petitioner v. Oklahoma.**

565 U.S. 853, 132 S. Ct. 180, 181 L. Ed. 2d 90, 2011 U.S. LEXIS 6311.

October 3, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

**No. 10-10849. Jason Gold, Petitioner v. Linda Schuette.**

565 U.S. 853, 132 S. Ct. 180, 181 L. Ed. 2d 90, 2011 U.S. LEXIS 6403.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-10850. Raymond J. Fierro, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 853, 132 S. Ct. 180, 181 L. Ed. 2d 90, 2011 U.S. LEXIS 6229.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10851. Travaris T. Guy, Petitioner v. Illinois.**

565 U.S. 853, 132 S. Ct. 180, 181 L. Ed. 2d 90, 2011 U.S. LEXIS 6042.

October 3, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Third District, denied.

**No. 10-10852. Alexander Hymes, Jr., Petitioner v. Burl Cain, Warden.**

565 U.S. 853, 132 S. Ct. 180, 181 L. Ed. 2d 90, 2011 U.S. LEXIS 6533.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10853. Myra Catherine Solliday, Petitioner v. E. Lavon Spence.**

565 U.S. 853, 132 S. Ct. 181, 181 L. Ed. 2d 90, 2011 U.S. LEXIS 6090.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 413 Fed. Appx. 206.